

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  JAMES EDWARD MILLS AND SARAH REBECCA MILLS | CASE NO. 16-14011-JDW |
| | CHAPTER 7 |
| DEBTORS | |
| SOUTHERN BANCORP BANK | PLAINTIFF |
| v. | ADV. PRO. NO. 17-01008-JDW |
| JAMES EDWARD MILLS AND SARAH REBECCA MILLS | DEFENDANTS |

## ORDER GRANTING SOUTHERN BANCORP BANK'S
## MOTION TO EXTEND DEADLINES

**THIS MATTER** came before the Court on Plaintiff *Southern Bancorp Bank's Motion to Extend Deadlines* (Dkt. #  44  ) (the "Motion") filed in the above-referenced adversary proceeding. The Court, having considered the matter and being fully advised in the premises, hereby finds that the Motion is well taken and shall be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that all dates and deadlines for purposes of this adversary proceeding including as set forth in the *Scheduling Order*

*(With Pre-Trial Conference)* (Dkt. #33, the "Scheduling Order") and *Stipulation* (Dkt. #32) shall be and hereby are extended by and for a period of and to include six (6) months from each existing date or deadline, and that the Scheduling Order and Stipulation shall be and hereby are amended to the extent necessary to provide for same.

IT IS, FURTHER, ORDERED AND ADJUDGED that the parties shall act with all deliberate speed necessary to comply with these deadlines, and no further extensions will be granted. (JDW)

~~shall become immediately effective for all purposes upon entry, and that neither this Order nor any relief requested by Southern Bancorp in its Motion shall waive or be with prejudice to any and all rights of Southern Bancorp to seek other or further extensions of time herein for similar or other purposes.~~

##END OF ORDER##

SUBMITTED TO THE COURT BY:

/s/ Sarah Beth Wilson
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Christopher H. Meredith, MSB No. 103656
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
*Attorneys for Southern Bancorp Bank*