CM/ECF hrg5
(Rev. 12/16/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re: James Edward Mills and Sarah Rebecca Mills<br>Debtor(s) | ) ) ) ) ) | Case No.: 16–14011–JDW<br>Chapter: 7 |
| Southern Bancorp Bank<br>Plaintiff(s)<br>vs.<br>James Edward Mills<br>Defendant(s) | ) ) ) ) ) | Adversary Proceeding No.:<br>17–01008–JDW |

PLEASE TAKE NOTICE that a hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 7/3/18 at 10:00 AM

to consider and act upon the following:

*47* – Motion To Extend Time Southern Bancorp Bank's Motion for Additional Time and, Motion to Expedite Hearing Filed by Sarah Beth Wilson on behalf of Southern Bancorp Bank (RE: related document(s)45 Order on Motion to Extend/Shorten Time). (Attachments: # 1 Proposed Order On Southern Bancorp Bank's Motion For Additional Time # 2 Proposed Order On Southern Bancorp Bank's Motion For Expedited Hearing) (Wilson, Sarah)

THIS WILL BE A TELEPHONIC HEARING. CALL–IN INSTRUCTIONS ARE AS FOLLOWS: Telephone participants will call 858–812–0972 at the appointed time. The auto attendant will instruct the caller to input the meeting number which is: 3100059 followed by the # key.

Dated: 6/27/18

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: AOH
Deputy Clerk